# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| LORRAINE GLOVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 5:19-cv-00103-TES |
| | ) |
| I.C. SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## Plaintiff Lorraine Glover's Notice of Acceptance of Defendant I.C System, Inc.'s Offer of Judgment

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Lorraine Glover, through her counsel, hereby accept and provides notice that she has accepted Defendant IC System, Inc's Offer of Judgment to Plaintiff and attached hereto as Exhibit A.

Submitted January 15, 2020.

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| LORRAINE GLOVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 5:19-cv-00103-TES |
| | ) |
| I.C. SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2020, I electronically filed the foregoing with all of its exhibits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any counsel of record registered on the CM/ECF system.

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com