IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LORRAINE GLOVER, | * |
|           Plaintiff, | * |
| v. | Case No.  5:19-CV-103-TES |
| | * |
| I.C. SYSTEM, INC., | |
| | * |
|           Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to the Notice of Acceptance of Defendant's Rule 68(a) Offer of Judgment dated January 15, 2020 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of  $1,050.00.  Plaintiff shall also recover reasonable attorney's fees and taxable costs of this action.

This 16th day of January, 2020.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk