IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LORRAINE GLOVER,     *

        Plaintiff,     *

v.     Case No. 5:19-CV-00103-TES

    *

I.C. SYSTEMS, INC.,

    *

        Defendant.

_____     *

## **J U D G M E N T**

Pursuant to the Order of this Court filed June 11, 2020, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $12,815.00 and cost in the amount of $3,121.17, for a total amount of $15,936.37. This amount shall accrue interest from the date of entry of judgment at the rate of 0.17 % per annum until paid in full.

This 12th day of June, 2020.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk